IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| **PAUL KELLER** and **LORENZO HERRING**, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**VENUS CONCEPT USA INC**,<br><br>Defendant. | CASE NO. 0:24-CV-60657<br><br>JUDGE LEIBOWITZ |

## NOTICE OF SETTLEMENT

The parties inform the Court that they have signed a settlement agreement and intend to initiate proceedings for FLSA settlement approval within two weeks. The parties therefore request that they be relieved from providing a proposed scheduling order in this case.

Dated: December 30, 2024.                    Respectfully submitted,

<table>
<tr><td>

/s/ C. Andrew Head
C. Andrew Head (IL 6318974)*
Bethany Hilbert (IL 6280213)*
Head Law Firm, LLC
4422 N. Ravenswood Ave.
Chicago, IL 60640
Tel: (404) 924-4151
Fax: (404) 796-7338
Email: ahead@headlawfirm.com
           bhilbert@headlawfirm.com

s/ Andrew R. Frisch
Andrew R. Frisch
Morgan & Morgan
8151 Peters Rd, Suite 4000
Plantation, FL 33324

*admitted *pro hac vice*
*Attorneys for Plaintiff and the Collective*

</td><td>

/s/ Cathy M. Stutin
Cathy M. Stutin
Fla. Bar No. 865011
Fisher & Phillips LLP
201 East Las Olas Boulevard
Suite 1700
Fort Lauderdale, Florida 33301
T: (954) 525-4800
F: (954) 525-8739
E: cstutin@fisherphillips.com
*Attorney for Defendant*

</td></tr>
</table>