UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:24-cv-60657-DSL

PAUL KELLER and LORENZO
HERRING, individually and on behalf
of others similarly situated,

    Plaintiffs,

vs.

VENUS CONCEPT USA, INC.,

    Defendant.
_____/

## JOINT NOTICE OF FILING

Pursuant to the Court's Order Requiring Supplemental Documentation [ECF No. 62], Plaintiffs Paul Keller and Lorenzo Herring, individually and behalf of all others similarly situated, and Defendant, Venus Concept USA Inc., hereby file the following:

1. Settlement Agreement and Release.

Dated: February 12, 2025.

| | |
|---|---|
| */s/ Bethany A. Hilbert* | */s/ Cathy M. Stutin* |
| C. Andrew Head* | Cathy M. Stutin |
| Bethany A. Hilbert* | Fla. Bar No. 865011 |
| Attorneys for Plaintiffs | Fisher & Phillips LLP |
| HEAD LAW FIRM, LLC | 201 East Las Olas Boulevard |
| 4422 N Ravenswood Ave | Suite 1700 |
| Chicago, IL 60640 | Fort Lauderdale, Florida 33301 |
| T: (404) 924-4151 | T: (954) 525-4800 |
| F: (404) 796-7338 | F: (954) 525-8739 |
| E: ahead@headlawfirm.com | E: cstutin@fisherphillips.com |
| bhilbert@headlawfirm.com | |
| | **Counsel for Defendant** |

<u>/s/ Andrew R. Frisch</u>
Andrew R. Frisch
Morgan & Morgan
8151 Peters Rd, Suite 4000
Plantation, FL 33324

*Admitted *pro hac vice*

**Attorneys for Plaintiffs**